# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1040

_____

United States of America,               *
                                        *

          Appellee,           *
                                        *   Appeal from the United States

     v.                        *   District Court for the
                                        *   Eastern District of Arkansas.

Larry Haney,                  *
                                        *   [UNPUBLISHED]

          Appellant.         *

_____

Submitted: December 7, 2005
Filed: December 13, 2005

_____

Before ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Larry Haney appeals the district court's[1] denial of his motion to expunge his criminal record and its refusal to reconsider the denial. We cannot say that the district court abused its discretion in concluding that Haney's case did not present unusual or exceptional circumstances warranting the extraordinary remedy of expungement, or in declining to reconsider the denial of relief. See Schinzing v. Mid-States Stainless, Inc., 415 F.3d 807, 813 (8th Cir. 2005); Geary v. United States, 901 F.2d

_____

[1]The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.

679, 679-80 (8th Cir. 1990); <u>United States v. Bagley</u>, 899 F.2d 707, 708 (8th Cir.), <u>cert. denied</u>, 498 U.S. 938 (1990).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____